## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Dystar L.P., | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES et al, | : Court No. 20-01096 3JP |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, Lindsay B. Meyer has retired from Venable LLP and should be removed as attorney of record in the above referenced case.

Venable LLP remains as counsel to plaintiff in this case and Ashley W. Craig, the undersigned, is the lead attorney.

Dated: January 25, 2024              /s/   Ashley W. Craig

VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
202-344-4351
AWCraig@Venable.com